IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOUGLAS REX BROWN,

    Plaintiff,

v.                                                                  4:16cv419–WS/CAS

JULIE L. JONES,
TONY ANDERSON, and
JASON CARTER,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed July 26, 2016. The magistrate judge recommends that the plaintiff's "Petition for Protective Injunction" (doc. 4) be denied. The plaintiff has filed objections (doc. 8) to the magistrate judge's report and recommendation.

Upon review of the record in light of the plaintiff's objections, this court has determined that the report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff has not established an adequate basis for granting injunctive relief.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's "Motion for Protective Injunction" (doc. 4) is DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this __16th__ day of __August__, 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE